# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| Cockett Marine Oil US, Inc., | § |
|    Plaintiff, | § |
| v. | § Civil Action No.: |
| Bravo Global Supply LLC, | § IN ADMIRALTY, Rule 9(h) |
|    Defendant, | § |
| and | § |
| Wells Fargo Bank, N.A., | § |
| Manson Construction Co., | § |
|    Garnishees. | § |

## ORDER

Plaintiff, having moved for an Order appointing J. Stephen Simms or any other qualified person appointed by him to serve the writs of garnishment and any supplemental process in this matter, and it appearing that such appointment will result in substantial economies in time and expense,

NOW, on motion of Plaintiff, it is hereby,

ORDERED, that J. Stephen Simms or any other qualified person appointed by him be and hereby is, appointed to serve the Writs of Garnishment, and a copy of the Order for issue of the writ and Verified Complaint as issued in this case.

DONE AND ORDERED this _____ day of November, 2024.

_____
United States District/Magistrate Judge