IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **COCKETT MARINE OIL US, INC.,** § | | |
| Plaintiff, § | | |
| v. § | | |
| § | | |
| **BRAVO GLOBAL SUPPLY, LLC,** § | | |
| Defendant, § | A-24-CV-1440-ML | |
| § | | |
| and § | | |
| § | | |
| **WELLS FARGO BANK, N.A.** and § | | |
| **MANSON CONSTRUCTION CO.,** § | | |
| Garnishees. § | | |

## FINAL JUDGMENT

The Magistrate Court issues this Final Judgment pursuant to 28 U.S.C. § 636(c). The parties consented to this court's jurisdiction, and the case was assigned to this court's docket for all purposes (Dkts. 33, 35, 36). On this date, the court entered an order granting Plaintiff's motion for summary judgment and dismissing the remaining pending motions as moot. Accordingly, the court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Final Judgment hereby is entered in favor of Plaintiff Cockett Marine Oil US, Inc. and against Defendant Bravo Global Supply LLC in the amount of Two Hundred Two Thousand, One Hundred Two Dollars and Fourteen Cents ($202,102.14) with additional prejudgment interest running at the rate of $25.27 per day from April 21, 2025 to date of entry of judgment.

**IT IS FURTHER ORDERED** that pursuant to Fed. R. Civ. P. 62(a) proceedings to enforce this Final Judgment are not stayed.

**IT IS FURTHER ORDERED** that Plaintiff submit evidence for the court to determine an award of costs and fees.

2

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED**.

SIGNED on April 30, 2025.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE

2

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED**.

SIGNED on April 30, 2025.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE