IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **COCKETT MARINE OIL US, INC.,** | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| **BRAVO GLOBAL SUPPLY, LLC,** | § | |
| Defendant, | § | A-24-CV-1440-ML |
| | § | |
| and | § | |
| | § | |
| **WELLS FARGO BANK, N.A.** and | § | |
| **MANSON CONSTRUCTION CO.,** | § | |
| Garnishees. | § | |

## AMENDED FINAL JUDGMENT

The Magistrate Judge issues this Amended Final Judgment pursuant to 28 U.S.C. § 636(c).[1] The court previously entered Final Judgment in favor of Plaintiff. Dkt. 47. The court subsequently granted motions for attorneys' fees and entry of post-judgment garnishments and/or attachments against Defendant or its property. *See* Dkts. 49, 66, 68. On November 25, 2025, Plaintiff moved to vacate all garnishments and/or attachments and noticed dismissal of this action with prejudice upon consummation of settlement of this and related actions. Dkts. 71, 72. The undersigned granted Plaintiff's unopposed motion to vacate all garnishments and/or attachments, and now the court renders an Amended Final Judgment.

**IT IS HEREBY ORDERED** that all claims and causes of action brought by all parties in this action are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all pending motions are hereby **TERMINATED**.

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED**.

---

[1] The parties consented to this court's jurisdiction, and the case was assigned to this court's docket for all purposes. Dkts. 33, 35, 36.

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED**.

SIGNED on December 2, 2025.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE